FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0465

SIEBEN RANCH COMPANY,

      Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY
ADAMS,
a/k/a/ RAY ADAMS; and LEE
McDONALD,

      Defendants and Appellants.

**ORDER OF MEDIATOR APPOINTMENT**

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    IT IS ORDERED THAT **Dale Schowengerdt,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this October 14, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Lee McDonald, Brent William Flowers, Jesse C. Kodadek, Dale Schowengerdt